DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FORTUNO JEANFORT,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES**
a/k/a **FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D20-1221

[May 27, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2018-CA-011407-XXXX-MB.

Fortuno Jeanfort, Boynton Beach, pro se.

Christopher J. Whitelock of Whitelock & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KUNTZ, JJ., and ROBINSON, MICHAEL, A., Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***